UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:13cv886 (WOB-KLL)

DENISE GRAVES                                                                                    PETITIONER

VS.                                          <u>JUDGMENT</u>

WARDEN, OHIO REFORMATORY
FOR WOMEN                                                                                       RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #4), and having considered *de novo* those objections filed thereto by Petitioner (Doc. #6), and the Court having sufficiently considered the matter, and being advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that the Petition for a Writ of Habeas Corpus (Doc. #1), pursuant to 28 U.S.C. 2254 be, and it hereby is, **denied as time-barred**, and this matter is hereby **dismissed** from the docket of this court. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not be taken in good faith.

This 17th  day of  March, 2014.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge